UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILMER SANCHEZ-ORTEGA, <br><br> Defendant. | CASE NO. MJ25-221 <br><br> **DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with reentry of a removed alien. The Court finds Defendant is a serious risk to flee and should be detained. Defendant has no ties to this district or any district in the United States. It appears Defendant was born in Columbia and immigrated to Canada where he has lived for a number of years. The government proffered that contrary to Defendant's claim of being a law abiding individual, Defendant has on more than one occasion been arrested at the U.S. border while engaged in unlawful activity. In this case, he allegedly told officers that he intended to be in the United States for just a few minutes and he was in the country for money.

DETENTION ORDER - 1

Given Defendant's lack of ties to the United States, and the circumstances of his arrest the court finds he has no incentive to return to this country and is a serious risk to flee.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 25th day of April, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2